# Exhibit 1

# RMCB COLLECTION AGENCY

**RETRIEVAL-MASTERS CREDITORS BUREAU, INC.**
4 Westchester Plaza, Suite 110
Elmsford, NY 10523



June 7, 2017

01 DS1 SC1 200 98384692884A
Pin Number: ▇▇▇▇7721
(855) 980-7622

38

Cheryl Rafferty
17300 Ne ▇▇▇▇
Silver Springs, FL  34488-4811

Dear Cheryl Rafferty:

We have been authorized to contact you regarding your past due account with our client, **Swiss Colony**, in the amount of **$440.90**.

Your account has been outstanding for some time and our client has informed us that this has been reported to a credit bureau.  Now is the time for you to address this seriously past due account.  Your payment in full in the amount of **$440.90** is necessary.  Please send your check or money order to us in the enclosed envelope made payable to Retrieval Masters Creditors Bureau.

**SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION ABOUT YOUR RIGHTS.** If you do not respond, you will be subject to additional collection efforts.

**IMPORTANT NOTICE**

---

DS1-T - RMCB.WFD - 778378 - 00012513 - 1 of 1

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**           Detach and return this portion with payment using enclosed envelope.

**Amount Due:                    $440.90**

| You Owe: | Swiss Colony |
| --- | --- |
| Charge Date | December 3, 2015 |
| Account Number | ▇▇▇▇884A |
| Pin Number: | ▇▇▇▇7721 |
| Name:<br>Street Address:<br>City,State Zip: | Cheryl Rafferty<br>17300 Ne ▇▇▇▇<br>Silver Springs, FL 34488-4811 |

To pay online: **pay.retrievalmasters.com**
☐ VISA      ☐ MASTERCARD      ☐ DISCOVER
Card #: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
Exp. Date: _____          Amount: _____
Signature: _____
Client Code: SC1     Account: 9▇▇▇▇884A
Pin Number: ▇▇▇▇**7721**
01 DS1 SC1 200

RMCB
PO BOX 1235
ELMSFORD, NY 10523-0935

▇▇▇▇884A+++0

The disclosures below are required by state or federal law. This is not intended to be a complete statement of all rights consumers may have under state and federal law.

"This is an attempt to collect a debt. Any information obtained will be used for that purpose." This communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, that the debt or any portion thereof is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

⋀ Detach along this edge. ⋀
Return the Bottom portion with your check, credit card information or money order.
Include your account number, name and address on all correspondence.

Thank you for your attention to this matter.