UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHERYL RAFFERTY, on behalf of herself and
all others similarly situated,

       Plaintiff,

vs.

Case No. 5:17-cv-00426-PGB-PRL

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC., doing business as RMCB
COLLECTION AGENCY, and John Does 1-
25,

       Defendants.      /

## DEFENDANT'S MOTION TO APPEAR PRO HAC VICE

In accordance with Court Local Rule 2.02(a) concerning Special Admission to Practice in the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission of Carlos A. Ortiz, of the law firm of Hinshaw & Culbertson LLP, 222 North LaSalle Street, Suite 300, Chicago, Illinois 60601, Tel: (312) 704-3198, Fax: (312) 704-3001, e-mail: cortiz@hinshawlaw.com, for purposes of limited appearance as co-counsel on behalf of Defendant Retrieval-Masters Creditors Bureau, Inc., herein, in the above-styled case only, and in support states as follows:

1.    Carlos A. Ortiz, Esquire, is not admitted to practice in the Middle District of Florida, but is a member in good standing of the Illinois Bar No. 6293505, Wisconsin Bar No. 1050385 and the United States District Court for the Northern District of Illinois.

2.    Movant, West A. Holden, Esquire, Florida Bar No. 0113569 of the law firm of Hinshaw & Culbertson LLP, 2525 Ponce de Leon Blvd, 4th Floor, Coral Gables, FL, 33134, (305) 358-7747, is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court upon whom all notices and papers may be

served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

3. Carlos A. Ortiz will be in compliance with the fee requirements of Court Local Rule 2.01(d) and submission of the Special Admission Attorney Certification form via mail. He is in compliance with the e-mail registration requirement of Court Local Rule 2.01(d).

**WHEREFORE**, West A. Holden, moves this Court to enter an Order permitting Carlos A. Ortiz to appear before this Court on behalf of Defendant Retrieval-Masters Creditors Bureau, Inc. for all purposes relating to the proceedings in the above-styled matter.

## RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01, West A. Holden, undersigned counsel attempted to confer with Plaintiff's counsel regarding the relief sought in this motion, including via email and via a telephone message on December 19, 2017. Undersigned counsel was unable to confer with Plaintiff's counsel regarding this motion. Undersigned counsel will continue to attempt to confer with Plaintiff's counsel and will advise the court of the result of the same.

Case No.: 5:17-cv-00426-PGB-PRL

## CERTIFICATE OF SERVICE

I hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 19, 2017 on:

Michael Massey
Massey & Duffy, PLLC
855 E. University Ave
Gainesville, FL 32601

/s/*West A. Holden*_____
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
**Hinshaw & Culbertson LLP**
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 | Fax: 305-577-1063
Attorneys for Defendant *RETRIEVAL-MASTERS CREDITORS BUREAU, INC.*