**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHERYL RAFFERTY, on behalf of
herself and all others similarly situated,

  Plaintiff,         Case No: 5:17-cv-426-Oc-40PRL

v.

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC., doing business as
RMCB COLLECTION AGENCY, and
John Does 1-25.

  Defendants.
-----------------------------------------------------------/

## **RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION (DOC. 30)**

  Plaintiff, Cheryl Rafferty, responds to Defendant's Third Motion for Extension (Doc. 30) and states as follows:

  1. The basis of Defendant's counsel's claimed "extraordinary circumstances" is his claim at Paragraph 10 that "On December 28, 2017, undersigned counsel was unexpectedly informed for the first time that he would have to be present for court proceedings on December 29, 2017." That assertion is, at a minimum, a highly misleading of those divorce proceedings.

  2. A review of the docket to that divorce case (attached hereto as Exhibit A) reveals that the December 29th hearing was set on December 14, 2017 and was only on a minor issue in that case – not a final hearing or determination of custody. As such, Defendant's counsel should have known about that hearing on December

14th – 2 weeks prior to the time he claimed in his Motion at Doc. 30. Moreover, the hearing occurred in Illinois where Defendant's counsel resides.

3.  Finally, Mr. Ortiz has only recently filed a notice of appearance in this case (on December 28, 2017). Attorney West Allan Holden has been actively defending this case and there is no cited reason in Defendant's Motion for Extension why he could not have timely responded to the Plaintiff's Motion for Summary Judgment. The notion that Mr. Ortiz may have a last minute conflict does not relieve Mr. Holden of timely complying with the Court's Order of December 20th.

4.  In conclusion, there are simply no extraordinary circumstances as required by this Court in its Order on December 20th at Doc. 26 (stating that "No further extensions will be granted absent extraordinary circumstances.") Thus, Defendant's motion must be denied.

January 1, 2018

/s/ Michael Massey
Trial Counsel
Massey@352law.com
Fla. Bar No. 153680
Massey & Duffy, P LLC
855 E. University Ave.
Gainesville, FL 32601
352-505-8900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foreign has been delivered electronically by filing the same with the Court's electronic filing system and sending a copy to counsel for the Defendant on this January 1, 2018.

s/ Michael Massey
Michael Massey
Trial Counsel
Massey@352law.com
Fla. Bar No. 153680
Massey & Duffy, P LLC
855 E. University Ave.
Gainesville, FL 32601
352-505-8900
