| Case: | 2017D 000047 | Status: | Open Case | Opened: | 01/10/2017 |
|---|---|---|---|---|---|
| Title: | MELISSA ORTIZ vs. CARLOS A ORTIZ | | | | |
| Type: | DIVORCE | File Type: | Dissolution of Marriage | Closed: | N/A |



Clerk of the Circuit Court
Andrea Lynn Chasteen

| Parties | Offenses | Financials | Schedule | Events | | Search End |
|---|---|---|---|---|---|---|
| | setting of trial date. Both parties shall pay $3500.00 from Attorney Trust Account to GAL for past and prospective GAL fees. Both parties shall receive $5000.00 from their respective Attorney Trust Account without prejudice. Parenting time schedule enters. The motion to compel and motion to modify parenting time are set for hearing on 2-13-18 at 9:30 am. The motion for accounting and temporary support and motion for job search are continued for status. See order for full details. Case is set for trial on 5-14-18 at 1:30 PM. | | | | | |
| 12/29/2017 | **See Order Signed** | | | | | |
| 12/28/2017 | **Motion** | | | | | |
| 12/28/2017 | **Notice (with court appearance date)** | | | | | |
| 12/28/2017 | **No Written Order** | | | | | |
| 12/28/2017 | **MATTER ORDERED STRICKEN FROM CALL** Cause comes on for Attorney Emily Shaughnessy's Petition for Guardian Ad Litem Fees. Plaintiff present by Attorney, Michele Rosenfeld. Defendant present by Attorney, Scott Reich. Attorney Emily Shaugnessy is present as GAL. Today's date is ordered stricken from the call. No written order. | | | | | |

| Date | Event |
|---|---|
| 12/14/2017 | **DV - Status**<br>Plaintiff present by Attorney Michele Rosenfeld. Defendant present with Attorney Scott Reich. Emily Shaughnessy is present as Guardian ad Litem. Cause comes on for status. A order enters that sets holiday parenting time. Case is set for hearing on 12-29-17 at 9:30 AM for the issue of winter break parenting time and Guardian ad Litem fees. |
| 12/14/2017 | **See Order Signed** |
| 12/13/2017 | **Supporting Document(s)/Exhibit(s)** |
| 12/13/2017 | **Affidavit** |
| 12/13/2017 | **Petition** |
| 12/13/2017 | **Notice (with court appearance date)** |
| 12/12/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney, Michele Rosenfeld. Defendant by Attorney, Scott Reich. Guardian Ad Litem, Emily Shaughnessy is present. Case called for hearing on motion to compel, motion for sanctions, accounting and petition for temporary support. Matter is continued to 12/14/17 at 9:00 AM for entry of Christmas parenting time. Motion for sanctions is entered and continued for Trial. Motion to compel and all other matters are continued for setting of hearing to 12/29/17 at 9:00 AM |
| 12/12/2017 | **See Order Signed** |
| 11/29/2017 | **Response** |
| 11/29/2017 | **Notice (without court appearance date)** |
| 11/22/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney, Michele Rosenfeld. Defendant by Attorney, Scott Reich. Case called for presentation of Plaintiff's motion to modify parenting time, status on guardian ad litem, hearing on motion to compel and setting of hearing on motion for sanctions, accounting and petition for temporary support. Matter is continued for hearing. |
| 11/22/2017 | **See Order Signed** |
| 11/20/2017 | **DV - Status**<br>Case is not on call. Plaintiff present by Attorney Michele Rosenfeld. Defendant present by Attorney Scott Reich. The 11-23-17 date is stricken. All motions previously set for 11-23-17 are set for hearing on 11-22-17 at 9:30 AM. |
| 11/20/2017 | **See Order Signed** |

| Date | Event |
|---|---|
| 11/20/2017 | **Case Not On Call** |
| 11/17/2017 | **Motion** |
| 11/17/2017 | **Notice (with court appearance date)** |
| 11/16/2017 | **Change of Address** |
| 11/16/2017 | **Notice (without court appearance date)** |
| 11/16/2017 | **Wrong Numbers or Name** |
| 11/16/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney, Michele Rosenfeld. Defendant by Attorney, Scott Reich. Plaintiff's Former Attorney, Joan vanOss is present. Case called for hearing on petition for interim fees and status on Guardian Ad Litem, discovery and setting of hearing on motion for sanctions, accounting and petition for temporary support. See order regarding transfer of funds from Trust account and interim attorney fees. Cause is continued for status on GAL, motion to compel, and setting of hearing date on motion for sanctions, accounting and petition for temporary support. |
| 11/16/2017 | **See Order Signed** |
| 11/07/2017 | **See Order Signed** |
| 11/07/2017 | **See Order Signed** |
| 11/07/2017 | **AB - Defendants Various Motions**<br>Plaintiff by Attorney Michelle Rosenfeld. Defendant by Attorney Scott Reich. Plaintiff's former Attorney, Gwen Sterk, present. Cause comes on for plaintiff's motion for attorney's fees, Attorney Sterk's motion for attorney's fees and further case management. Matter continued for hearing on petition for interim fees and status on Guardian ad Litem, discovery and setting of hearing on motion for sanctions, accounting and petition for temporary support. |
| 11/02/2017 | **Regarding Fees Owed**<br>Letter sent this date, November�2�2017, to in regards to fees owed on the case. |
| 11/02/2017 | **CJ - Case Management Conference**<br>Plaintiff by Attorney Michele Rosenfeld. Defendant by Attorney Scott Reich. Emily Shaughnessy is present as Guardian ad Litem. Matter comes on for a Rule 218 Case Management Conference and status on GAL, Defendants compliance with discovery request and setting Plaintiffs motion for sanctions, accounting and petition for temporary support. Defendant shall provide further discovery by 11-3-17. Case is continued to 11-7-17 at 9:00 AM for further status on GAL report, status on pending issues and case management. |

| | |
|---|---|
| 11/02/2017 | **See Order Signed** |
| 11/01/2017 | **Supporting Document(s)/Exhibit(s)** |
| 11/01/2017 | **Petition FOR INTERIM AND PROSPECTIVE ATTORNEYS FEES** |
| 11/01/2017 | **Notice of Filing** |
| 10/31/2017 | **Supporting Document(s)/Exhibit(s)** |
| 10/31/2017 | **Petition FOR ATTORNEYS FEES** |
| 10/31/2017 | **Notice of Motion** |
| 10/30/2017 | **DV - Status**<br>Plaintiff present by Attorney Michele Rosenfeld. Defendant present by Attorney Scott Reich. Cause comes on for status as to Plaintiff's motion for sanctions, petition for temporary support, discovery and Guardian ad Litem report and presentation of Plaintiffs motion for substitution of attorney. The Law Office of Victoria Beslan on behalf of Melissa Ortiz is allowed. Case is continued to 11-2-17 at 9:00 AM for status on GAL, Defendant's compliance with discovery request and for setting on Plaintiff's motion for sanctions, accounting and petition for temporary support. |
| 10/30/2017 | **See Order Signed** |
| 10/26/2017 | **Substitution of Attorneys (COPY)** |
| 10/26/2017 | **Notice OF EMERGENCY MOTION** |
| 10/17/2017 | **Certificate of Service** |
| 10/17/2017 | **Notice** |
| 10/13/2017 | **CJ - Case called for Hearing**<br>Plaintiff present by Attorney, Michele Rosenfeld. Defendant present with Attorney, Scott Reich. Case called for hearing on Motion to Compel. Court reserves Judgment on whether Defendant's failure to comply is without compelling cause or justification pursuant to Supreme Court Rule 219. See order regarding discovery. Hearing date of 10/24/17 is stricken. Matter is set for status/setting on Plaintiff's Motion for Sanctions, Petition for Temporary Support, discovery and Guardian Ad Litem report to 10/30/17 at 9:00 AM. |
| 10/13/2017 | **See Order Signed** |
| 09/28/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney, Michele Rosenfeld. Defendant by Attorney, Scott Reich. Case called for hearing on motion to compel. By agreement, hearing is reset. |
| 09/28/2017 | **See Order Signed** |

| Date | Event |
|---|---|
| 09/22/2017 | **See Order Signed** |
| 09/22/2017 | **Matter set for hearing on motion to compel** |
| 09/22/2017 | **DV - Status** <br> Plaintiff present by Attorney Michelle Rosenfeld. Defendant present by Attorney Scott Reich. Cause comes on for status on Guardian ad Litem and hearing on motion to compel, extension of preliminary injunction and motion for sanctions. Hearing on the motion to compel is reset to 9-28-17 at 9:30 AM. Hearing on temporary support and motion for sanctions is set for 10-24-17 at 9:30 AM. |
| 08/24/2017 | **Matter set for Hearing** |
| 08/24/2017 | **CJ - Case called for Hearing** <br> Plaintiff present by Attorney, Michele Rosenfeld. Defendant present by Attorney, Scott Reich. Attorney, Emily Shaughnessy present as Guardian Ad Litem. Case called for hearing on Motion to Compel. No hearing is held. Hearing date of 8/29/17 is stricken. See order regarding allocation of counseling fees and any bonuses/distributions Defendant may receive. Matter is set for status on GAL/counseling to 9/22/17 at 9:00 AM. Matter is set for hearing on Motion to Compel, extension of preliminary injunction and Motion for Sanctions to 9/22/17 at 9:30 AM. Matter is also set for hearing Petition for Temporary Support to 9/28/17 at 9:30 AM. |
| 08/24/2017 | **See Order Signed** |
| 08/07/2017 | **Certificate of Service** |
| 08/07/2017 | **Notice of Filing** |
| 08/02/2017 | **See Order Signed** |
| 08/02/2017 | **DV - Status** <br> Plaintiff present by Attorney Michelle Rosenfeld. Defendant present by Attorney Scott Reich. Cause comes on for status. Matter continued for hearing on motion to compel. |
| 07/26/2017 | **E-Copy Copy Work** |
| 07/20/2017 | **E-Copy Copy Work** |
| 07/19/2017 | **CJ - Case called for Hearing** <br> Plaintiff with Attorney, Michele Rosenfeld. Defendant with Attorney, Scott Reich. Case called for hearing on parenting time and the motion to compel. An agreed order is entered in regards to parenting time and possession of the marital residence. Case is set for status. |
| 07/19/2017 | **See Order Signed** |
| 07/19/2017 | **Agreed Order** |

| | |
|---|---|
| 07/13/2017 | **See Order Signed** |
| 07/13/2017 | **DV - Hearing**<br>Plaintiff present by Attorney, Michele Rosenfeld. Defendant present by Attorney, Scott Reich. Cause comes on for hearing on all pending motions. By agreement of both parties, preliminary injunction is entered and extended. Matter is continued for Hearing on Parenting time to 7/19/2017 at 9:30 A.M. and for Hearing on Temporary Support and motion for Sanctions to 8/29/2017 at 9:30 A.M. |
| 06/27/2017 | **See Order Signed** |
| 06/27/2017 | **DV - Status**<br>Plaintiff present by Attorney, Michele Rosenfeld. Defendant present by Attorney, Scott Reich. Cause comes on for entry of order in regards to defendant's motion to quash and plaintiff's motion to compel. See order signed for full and complete details. Matter is continued for Hearing on the motion to compel to 7/19/2017 at 9:30 A.M. Court dates of 6/28/17 & 6/29/17 are ordered stricken. |
| 06/27/2017 | **Case Not On Call** |
| 06/26/2017 | **Supporting Document(s)/Exhibit(s)** |
| 06/26/2017 | **Motion TO COMPEL** |
| 06/26/2017 | **Notice of Motion** |
| 06/20/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney Michelle Rosenfeld. Defendant present with Attorney Scott Reich. Case called for hearing on extension of preliminary injunction, Petitioner's petition for temporary support and Petitioner's motion for sanctions. No hearing had. An agreed order enters. Parenting schedule is modified. The preliminary injunction is extended to 7-13-17. Hearing on the extension is set for 7-13-17 at 9:30 AM. Case is also set for hearing on the motion for sanctions and motion for temporary support on 7-13-17. The motion for expansion/modification of parenting time is continued to same date. |
| 06/20/2017 | **See Order Signed agreed** |
| 06/09/2017 | **Supporting Document(s)/Exhibit(s)** |
| 06/09/2017 | **Notice of Filing, AND NOTICE OF SUBPOENA DEPOSITION-DOCUMENTS** … |
| 06/07/2017 | **Supporting Document(s)/Exhibit(s)** |
| 06/07/2017 | **Response IN OPPOSITION TO MOTION FOR SANCTIONS AND OTHER REL**…<br>PURSUANT TO SUPREME COURT RULE 137 FILED BY ATTY SCOTT REICH |
| 06/07/2017 | **Notice of Filing** |

| | |
|---|---|
| 06/06/2017 | **Notice of Filing** |
| 06/06/2017 | **Certificate OF SERVICE** |
| 06/06/2017 | **Notice of Filing** |
| 06/06/2017 | **Certificate OF SERVICE** |
| 05/31/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney Michelle Rosenfeld. Defendant by Attorney Scott Reich. Case called for hearing on preliminary injunction and status on compliance with the 5-17-17 court order, status on Plaintiff's petition for temporary support and motion for sanctions. No hearing had. Preliminary injunction is extended in full force and effect until 6-20-17. Case is continued to 6-20-17 at 9:30 AM for status on full compliance and hearing on motion for sanctions and petition for temporary support. |
| 05/31/2017 | **See Order Signed** |
| 05/17/2017 | **CJ - Case called for Hearing**<br>Plaintiff present with Attorney Michelle Rosenfeld. Defendant present with Attorney Scott Reich. Case called for hearing on Plaintiffs petition for interim fees, hearing on preliminary injunction, status on Plaintiff's petition for rule and petition for temporary support, parenting time and presentation of Plaintiff's motion for sanctions. Defendant is granted 21 days to respond to the motion for sanctions. Motion is continued to 5-31-17 at 9:00 AM for status. Preliminary injunction is extended in full force and effect until 5-31-17 at 9:30 AM for hearing on the extension. Case is also set for status on Defendants compliance with documentation on bonus, commission, partnership payments, including pay stubs, deposit slips and bank statements on 5-31-17 at 9:00 AM. An agreed order is entered regarding parenting time and activities. The parties to use Our Family Wizard. |
| 05/17/2017 | **See Order Signed - Agreed / Parenting Time** |
| 05/17/2017 | **See Order Signed - 3 PAGES** |
| 05/12/2017 | **Supporting Document(s)/Exhibit(s)** |
| 05/12/2017 | **Motion FOR SANCTIONS AND OTHER RELIEF** |
| 05/12/2017 | **Notice of Motion** |
| 05/11/2017 | **Response TO PETITION FOR INTERIM ATTORNEYS FEES** |
| 05/11/2017 | **Notice of Filing** |
| 05/08/2017 | **Certificate OF SERVICE OF DISCOVERY DOCUMENTS** |
| 05/08/2017 | **Notice of Filing** |

| | | |
|---|---|---|
| 04/27/2017 | **AB - Defendants Various Motions**<br>Case is not on call. Plaintiff by Attorney Gwendolyn Sterk. Defendant by Attorney Scott Reich. Cause comes on for Plaintiffs petition for interim fees. Motion is set for hearing on 5-17-17 at 9:30 AM. Respondent is granted 14 days to answer. | |
| 04/27/2017 | **See Order Signed** | |
| 04/27/2017 | **Case Not On Call** | |
| 04/25/2017 | **Subpoena In A Civil Matter for TCF Bank** | |
| 04/25/2017 | **Notice of Filing And Notice Of Subpoena Deposition-Documents Only** | |
| 04/21/2017 | **Notice of Filing** | |
| 04/21/2017 | **Certificate OF SERVICE** | |
| 04/21/2017 | **Supporting Document(s)/Exhibit(s)** | |
| 04/21/2017 | **Petition FOR INTERM ATTORNEYS FEES** | |
| 04/21/2017 | **Notice of Motion** | |
| 04/13/2017 | **Certificate of Completion of Parenting Class FOR MELISSA ORTIZ** | |
| 04/13/2017 | **Notice of Filing** | |
| 04/12/2017 | **CJ - Case called for Hearing**<br>Plaintiff by Attorney Michelle Rosenfeld. Defendant by Attorney Scott Reich. Guardian ad Litem Emily Shaughnessy is present. Case called for hearing on preliminary injunction, status on petition for rule and temporary support. By agreement, the preliminary injunction is extended in full force and effect until 5-17-17. Plaintiffs petition for rule, Plaintiff's petition for temporary support and the Guardian ad Litem's investigation are set for status on 5-17-17 at 9:00 AM. | |
| 04/12/2017 | **See Order Signed** | |
| 04/07/2017 | **Response TO PETITION FOR CONTRIBUTION** | |
| 04/07/2017 | **Response TO EMERGENCY MOTION TO COMPEL** | |
| 04/07/2017 | **Notice of Filing** | |
| 03/20/2017 | **Certificate of Service** | |
| 03/20/2017 | **Notice of Filing** | |
| 03/14/2017 | **See Order Signed** | |
| 03/14/2017 | **CJ - Case called for Hearing**<br>Plaintiff present with Attorney Michelle Rosenfeld. Defendant present with Attorneys Scott Reich and Jared Pinkus. Emily | |

| | | |
|---|---|---|
| | | Shaughnessy is present as Guardian ad Litem. Case called for hearing on Defendants motion to vacate and motion to set parenting time. Arguments heard on the motion to vacate. Motion to vacate is denied. An agreed order enters regarding parenting time. The petition for rule and petition for temporary support are set for status on 4-12-17. The case management date of 4-11-17 is stricken. Case is set for case management on 4-12-17 at 9:00 AM. Hearing on the extension of preliminary injunction/permanent injunction are set for hearing on 4-12-17 at 9:30 AM. |
| | 03/14/2017 | **See Order Signed - Agreed ORIGINAL (copy in 17OP34)** |
| | 03/13/2017 | **Supporting Document(s)/Exhibit(s)** |
| | 03/13/2017 | **Answer TO MOTION TO VACATE TEMPORARY RESTRAINING ORDER ENT…** NOTICE FILED BY ATTY GWENDOLYN STERK |
| | 03/13/2017 | **Answer TO THE MOTION TO SET PARENTING TIME SCHEDULE** |
| | 03/13/2017 | **Answer TO THE COUNTER-PETITION FOR DISSOLUTION OF MARRIAGE** |
| | 03/13/2017 | **Notice of Filing** |
| | 03/07/2017 | **Appearance AS GUARDIAN AD LITEM FILED BY EMILY SHAUGHNESSY** |
| | 03/07/2017 | **Notice of Filing FILED BY EMILY SHAUGHNESSY** |
| | 03/06/2017 | **CJ - Case called for Hearing** Plaintiff present by Attorney Michelle Rosenfeld. Defendant present with Attorneys Scott Reich and Jared Pinkus. Case called for status on all pending petitions. The preliminary injunction entered on 1-18-17 is continued for further hearing on 3-14-17 at 9:30 AM. The petition for rule to show cause is continued for hearing on same date. Emily Shaughnessy is appointed as Guardian ad Litem. Defendant to pay 100% of cost. Plaintiff is granted 7 days to respond to defendants motion to vacate and motion to set parenting time. Said motions are to be heard on 3-14-17 at 9:30 AM. Defendant to turn over the check to Plaintiffs attorney instanter. Plaintiffs attorney to turn over 50% of said amount to Defendants attorney to be escrowed until further order of court. |
| | 03/06/2017 | **See Order Signed** |
| | 03/06/2017 | **See Order Signed** |
| | 03/01/2017 | **DV - Status** Plaintiff present with Attorney, Michelle Rosenfeld. Defendant present with Attorney's, Scott Reich and Jared Pinkus. Case is reassigned to Judge Archambeault per Chief Judge. After Court's review of the file, file is sent back to Judge Garcia for hearing on Motion for Substitution of Judges as a Matter of Right. |
| | | |

| | |
|---|---|
| 03/01/2017 | **Reassignment Order** |
| 03/01/2017 | **Motion for Substitution of Judges as a Matter of Right** |
| 03/01/2017 | **CJ - Case called for Hearing**<br>Plaintiff with Attorney, Michele Rosenfeld. Defendant by Attorney, Scott Reich and Jared Pinkus. Case called for hearing on Plaintiff's Motion for Substitution of Judge as a Matter of Right. Testimony is heard. Motion is denied and dissolution proceedings shall remain before Judge Garcia. Matter is set for status and setting of hearing date on all pending motions. |
| 03/01/2017 | **See Order Signed** |
| 03/01/2017 | **File sent to Judge Garcia** |
| 03/01/2017 | **Substitution of Judge**<br>Plaintiff is present by Attorney Michele Rosenfeld. Defendant is present by Attorney Scott Reich and Attorney Jared Pinkus. Matter comes on plaintiff's motion for substitution. Matter is sent to Chief Judge for reassignment. File is sent to Chief Judge instanter. No written order. |
| 02/28/2017 | **Answer TO MOTION FOR SUBSTITUTION OF JUDGE** |
| 02/28/2017 | **Notice of Filing** |
| 02/16/2017 | **Motion FOR SUBSTITUTION OF JUDGE** |
| 02/16/2017 | **See Order Signed** |
| 02/16/2017 | **DV - Hearing**<br>Plaintiff present by Attorney Michele Rosenfeld. Defendant present by Attorney Jared Pinkus. Cause comes on for hearing on motion for substitution. Cause is continued for status on all pending issues and hearing on motion for substitution. |
| 02/16/2017 | **Substitution of Judge**<br>Plaintiff by Attorney Michelle Rosenfeld. Defendant by Attorney Jared Pinkus. Cause comes on for Defendants motion to substitute Judge. Case is sent to Judge Brumund for hearing on the motion to substitute. |
| 02/15/2017 | **Supporting Document(s)/Exhibit(s)** |
| 02/15/2017 | **Motion To Vacate** |
| 02/15/2017 | **Notice of Filing** |
| 02/15/2017 | **Counter Petition FOR DISSOLUTION OF MARRIAGE** |
| 02/15/2017 | **Response TO PETITION FOR DISSOLUTION OF MARRIAGE** |
| 02/15/2017 | **Notice of Filing** |

| | | |
|---|---|---|
| 02/15/2017 | **Counter Claim with fee** | |
| 02/15/2017 | **Motion to Vacate After 30 Days** | |
| 02/14/2017 | **Supporting Document(s)/Exhibit(s)** | |
| 02/14/2017 | **Notice of Filing AND NOTICE OF SUBPOENA DEPOSITION DOCUMENTS O…** | |
| 02/14/2017 | **Affidavit** | |
| 02/14/2017 | **Petition TO SET PARENTING TIME** | |
| 02/14/2017 | **Affidavit** | |
| 02/14/2017 | **Motion FOR COUNSELING** | |
| 02/14/2017 | **Affidavit** | |
| 02/14/2017 | **Motion TO APPOINT** | |
| 02/14/2017 | **Notice of Motion** | |
| 02/10/2017 | **Appearance - COCOUNSEL APPEARANCE FOR CARLOS A ORTIZ** | |
| 02/10/2017 | **Notice of Filing** | |
| 02/08/2017 | **Notice of Motion** | |
| 02/07/2017 | **Appearance Filed For CARLOS A ORTIZ** | |
| 02/07/2017 | **Appearance Civil Case** | |
| 01/25/2017 | **AB - Defendants Various Motions**<br>Plaintiff by Attorney Jennifer Nolen. Defendant not present. Cause comes on for Plaintiffs emergency motion to compel the return and accounting of funds removed, petition for rule to show cause and emergency motion for release of funds to Petitioner. Emergency motion is granted, Respondent shall immediately return the $193,000.00 and any other monies removed from the parties TCF Bank and any other financial account to Gwendolyn J. Sterk and the Family Law Group, P.C. to be placed in a trust account. The respondent shall provide an accounting of any and all funds removed from the TCF Bank within 7 days. The respondent is ordered to provide copies of all financial statements evidencing the withdrawal, transfer and deposit of $193,000.00 (or any parts there of) into any other account to Petitioner's counsel within 7 days. Rule issues on Defendant for failure to abide by terms of the 1-1-17 temporary restraining order. Hearing on the rule is set for 2-16-17 at 9:30 AM. | |
| 01/25/2017 | **See Order Signed - Rule** | |
| 01/25/2017 | **See Order Signed - 2 pages** | |

| | |
|---|---|
| 01/25/2017 | **Supporting Document(s)/Exhibit(s)** |
| 01/25/2017 | **Emergency Motion TO COMPEL THE RETURN AND ACCOUNTING OF FUN…** PETITION FOR RULE TO SHOW CAUSE, AND EMERGENCY MOTION FOR … FUNDS TO PETITIONER |
| 01/25/2017 | **Emergency Notice OF MOTION** |
| 01/24/2017 | **Petition FOR CONTRIBUTION TO HOUSEHOLD EXPENSES & CHILD SUPP…** |
| 01/24/2017 | **Notice of Filing** |
| 01/18/2017 | **CJ - Case called for Hearing** Plaintiff present with Attorney Michele Rosenfeld. Defendant not present. Case called for hearing on entry of preliminary injunction and status on consolidation and venue. The temporary restraining order entered on 1-10-17 is entered as a preliminary injunction and continued in full force and effect until further order of the court. TCF Bank and any other financial institution that receive notice of the temporary restraining order and this preliminary injunction shall be bound by the terms of this order. Case is set for hearing on extension of preliminary injunction as a permanent injunction on 2-16-17 at 9:30 AM. |
| 01/18/2017 | **Summons Returned Served 1-11-17 abode service** |
| 01/18/2017 | **See Order Signed** |
| 01/18/2017 | **Exhibit(s) A - Temporary Restraining Order** |
| 01/18/2017 | **See Order Signed** |
| 01/18/2017 | **E-Copy Copy Work** |
| 01/17/2017 | **Affidavit of Service** |
| 01/17/2017 | **Notice of Filing** |
| 01/12/2017 | **DV - Status** Plaintiff present with Attorney Gwendolyn Sterk and Michele Rosenfeld. Defendant present by Attorney Jared Pinkus. Cause comes before the court to follow 17OP34. Judge Garcia to contact Judge Beltons in Cook County to discuss issues of venue and consolidation. Matter is continued to 1-18-17 at 9:00 AM. |
| 01/12/2017 | **See Order Signed** |
| 01/10/2017 | **Affidavit** |
| 01/10/2017 | **Emergency Petition FOR TEMPORARY RESTRAINING ORDER AND/OR PR…** INJUNCTION AND OTHER RELIEF |
| 01/10/2017 | **Notice** |

| 01/10/2017 | **Summons Issued (Copy(s)filed)** |
|---|---|
| 01/10/2017 | **Petition** |
| 01/10/2017 | **Dissolution of Marriage** |
| 01/10/2017 | **AB - Defendants Various Motions**<br>Plaintiff present with Attorney Michele Rosenfeld. Defendant not present. Cause comes on for Plaintiffs emergency motion for temporary restraining order and preliminary injunction. At 9:16 AM a temporary restraining order is entered. Case is set for hearing on entry of preliminary injunction on 1-18-17 at 9:30 AM. |
| 01/10/2017 | **See Order Signed** |

© 2011-2018, Will County Circuit Clerk, All Rights Reserved.
By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.