UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL RAFFERTY, on behalf of**
herself and all others similarly situated

    **Plaintiff,**

v.                                    Case No: 5:17-cv-426-Oc-PGBPRL

**RETRIEVAL-MASTERS CREDITORS**
**BUREAU, INC. and JOHN DOES 1-25**

    **Defendants.**

## ORDER

Before the Court is Plaintiff's motion to extend the deadline to add parties and amend the pleadings in this Fair Debt Collection Practices action. (Doc. 51). Defendants have opposed the extension. (Doc. 53). This is Plaintiff's second extension, and the motion seems to contemplate the need for additional extensions while the Parties resolve what appears to be a discovery dispute.

At this time, there is no pending motion to compel discovery that could be said to require an extension of the deadline. The Court is not inclined to continue to grant extensions on an indefinite, piecemeal basis. Instead, the motion is **DENIED without prejudice.** Defendants' request for sanctions in its response is **DENIED** as well.

**DONE** and **ORDERED** in Ocala, Florida on March 1, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties