UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHERYL RAFFERTY, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.    Case No. 5:17-cv-00426-PGB-PRL

RETRIEVAL-MASTERS CREDITORS BUREAU, INC., doing business as RMCB COLLECTION AGENCY, and John Does 1-25,

    Defendants.    /

## DECLARATION OF JEFFREY S. WOLLMAN

*NOW COMES* Jeffrey S. Wollman, and pursuant to 28 U.S.C. 1746, declares under penalty of perjury that the following is true and correct:

1. I am over 18 years of age, am of sound mind and competent to testify thereto, and offer this Declaration based on personal knowledge.

2. I am the Chief Financial Officer for Retrieval-Masters Creditors Bureau, Inc. ("RMCB").

3. In general, my job duties in that capacity include overseeing the financial and legal compliance affairs for RMCB.

4. I have been employed by RMCB for at least the past 20 years. During that time, I have become familiar with RMCB's business, which includes the collection of unpaid, outstanding account balances that are owed to others.

5. I am familiar with the June 7, 2017 collection letter that is at issue in this matter. A true and correct copy of that letter was filed as an exhibit to the Answer to the Complaint.

6. The subject collection letter has been in existence and use for over fifteen years and neither RMCB nor I have any record or recollection of who drafted, approved and/or created the letter.

7. As part of the process of verifying the response to the Interrogatories that Plaintiff has propounded in this matter, I confirmed that there were no records on who drafted,

approved or created the subject collection letter. I also inquired internally as to whether there was a recollection as to who drafted, approved or created the letter and confirmed that there was not one. I did not draft, approve or create the subject letter.

8. I have reviewed the February 8, 2016 letter regarding another debtor who Plaintiff has interjected into this case as part of the subject Motion. That letter was the third letter sent regarding that debtor. The letter at issue in this case was the first letter that was sent to Plaintiff, and is why the subject letter included the so-called validation language required by the FDCPA, and the letter regarding the other debtor did not.

Further sayeth not.

Executed this 27th day of March, 2018.

/s/ **Jeffrey S. Wollman**
Jeffrey S. Wollman