**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHERYL RAFFERTY, on behalf of**
herself and all others similarly situated

    **Plaintiff,**

v.                                          **Case No: 5:17-cv-426-Oc-PGBPRL**

**RETRIEVAL-MASTERS CREDITORS**
**BUREAU, INC. and JOHN DOES 1-25**

    **Defendants.**

## ORDER

In this putative class action, Defendant requests an additional fifteen days to respond to Plaintiff's motion to certify the class. (Doc. 64). The scheduling order provides that the response is due April 26, 2018, (Doc. 43), but Defendant avers that scheduling difficulties have prevented it from preparing a proper response to the motion by that date. Defendant relates that Plaintiff is amenable to a seven-day extension but opposed to a fifteen-day extension. However, given the relatively early stage of this litigation (discovery has not yet concluded and trial is set for the February 2019 term), the Court will grant the extension.

Accordingly, Defendant's motion to extend the time to file a response to Plaintiff's motion to certify a class is **GRANTED**. (Doc. 64). Defendant's response is due **May 11, 2018**. Plaintiff's reply is due fourteen days after the filing of Defendant's response.

**DONE** and **ORDERED** in Ocala, Florida on April 25, 2018.

- 2 -

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties