UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHERYL RAFFERTY, on behalf of
herself and all others similarly situated,

    Plaintiff,                                      Case No: 5:17-cv-426-Oc-40PRL

v.

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC., doing business as
RMCB COLLECTION AGENCY, and
John Does 1-25.

    Defendants.
_____/

## SECOND AMENDED NOTICE OF MEDIATION DATE

Plaintiff, Cheryl Rafferty, per the Court's Case Management and Scheduling Order, notices the mediation date of August 8, 2018 for the mediation conference. The same is starting at 11am at a location to be determined.[1]

July 24, 2018

                                                        /s/ Michael Massey
                                                        Trial Counsel
                                                        Massey@352law.com
                                                        Fla. Bar No. 153680
                                                        Massey & Duffy, P LLC
                                                        855 E. University Ave.
                                                        Gainesville, FL 32601
                                                        352-505-8900

---

[1] ADA Notice: In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the Federal Courthouse identified in this notice no later than 7 days prior to these proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foreign has been delivered electronically by filing the same with the Court's electronic filing system and sending a copy to counsel for the Defendants on this July 24, 2018.

s/ Michael Massey
Michael Massey
Trial Counsel
Massey@352law.com
Fla. Bar No. 153680
Massey & Duffy, P LLC
855 E. University Ave.
Gainesville, FL 32601
352-505-8900
