**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHERYL RAFFERTY,

        Plaintiff,

v.                                       Case No:  5:17-cv-426-Oc-40PRL

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC.,

        Defendant.
_____/

## ORDER

Plaintiff's Amended Motion for Partial Summary Judgment (Doc. 112), filed September 12, 2018, and Defendant's Motion and Supporting Brief for Summary Judgment on behalf of Retrieval-Masters Creditors Bureau, Inc. (Doc. 113), filed September 12, 2018, in this case are hereby referred to the Magistrate Judge for ruling, or if necessary, issuance of a Report and Recommendation.

**DONE AND ORDERED** in Orlando, Florida on November 16, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties