# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

Case No.: 5:17-cv-426-Oc-40PRL

CHERYL RAFFERTY, on behalf of herself and all others similarly situated,
 Plaintiff,

vs.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC., d/b/a RMCB Collection Agency, a foreign corporation,
 Defendants.
_____/

## NOTICE OF COMPLIANCE WITH ORDER TO MEET AND CONFER REGARDING NEW TRIAL TERM (DOC. 119)

COMES NOW Plaintiff, CHERYL RAFFERTY, by and through the undersigned counsel, and files this Notice of Compliance with the Court's Order dated November 16, 2018, and states:

1. Counsel for Plaintiff has conferred with counsel for Defendant to select a new trial term between the months of March 2019 and May 2019.

2. The Parties have agreed to a new trial term during May 2019.

3. Counsel for Plaintiff will be unavailable on Monday, May 27, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will case the foregoing to be sent via email to the following registered participants:

Carolos A. Ortiz, Esq.
cortiz@hinshawlaw.com
West A. Holden, Esq.
wholden@hinshawlaw.com
Attorneys for Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC.

Michael Massey, Esq.
massey@352law.com
Attorneys for Plaintiff

**Warner, Sechrest & Butts, P.A.**

*/s/ Michael D. Sechrest*

**Michael D. Sechrest, Esq.**
Florida Bar No.: 0150710
**D. Marc Warner, Esq.**
Florida Bar No. 0151238
**Sean G. Hipworth**
Florida Bar No.: 121246
5200 SW 91st Terrace, Suite 101
Gainesville, FL 32608
T: (352) 373-5922
F: (352) 373-5921
Attorneys for Plaintiff
***Designated Email Addresses:***
Sechrest@fbswlaw.com
Marc@fbswlaw.com
KimHart@fbswlaw.com
Lisa2@fbswlaw.com
shipworth@fbswlaw.com