UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHERYL RAFFERTY, on behalf of herself and
all others similarly situated,

      Plaintiff,

vs.                                                Case No. 5:17-cv-00426-PGB-PRL

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC., doing business as RMCB
COLLECTION AGENCY,

      Defendants.

_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

West A. Holden, Esq. of the law firm of HINSHAW & CULBERTSON LLP hereby moves this Honorable Court to withdraw as counsel of record on behalf of Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC., d/b/a RMCB COLLECTION AGENCY in the above-captioned cause of action, and in support states as follows:

1.    Mr. Holden is Defendant's attorney and has entered his appearance as counsel in the case.

2.    Mr. Holden is leaving the employment of Hinshaw & Culbertson LLP, effective at the close of business on January 16, 2019.

3.    Carlos Ortiz, Esq. of the law firm of Hinshaw & Culbertson LLP has entered his appearance and will serve as counsel for Defendant.

4.    Pursuant to Local Rule 3.01, Mr. Holden has conferred with counsel for Plaintiff, who has advised that he does not oppose the relief sought in this motion.

Case No. 5:18-cv-108-OC-30PRC

WHEREFORE, Mr. Holden respectfully requests this Honorable Court enter an order granting his leave to withdraw his appearance as counsel for Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC., d/b/a RMCB COLLECTION AGENCY.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Michael Massey | Michael D. Sechrest, Esq. |
| Massey & Duffy, PLLC | Warner, Sechrest & Butts, P.A. |
| 855 E. University Ave | 5200 S.W. 91st Terrace, Suite 101 |
| Gainesville, FL 32601 | Gainesville, Florida 32608 |

*s/ West A. Holden*_____
West A. Holden
Florida Bar No. 113569
wholden@hinshawlaw.com
100 S. Ashley Drive, Suite 500
Tampa, FL  33602
Tel: 813-868-8845 | Fax: 305-577-1063

Attorneys for Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC., d/b/a RMCB COLLECTION AGENCY

303070493v1 1002814