# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHERYL RAFFERTY,

       Plaintiff,

v.                                                       Case No: 5:17-cv-426-Oc-40PRL

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC.,

       Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Amended Motion for Partial Summary Judgment (Doc. 112) and Defendant's Motion and Supporting Brief for Summary Judgment on Behalf of Retrieval-Masters Creditors Bureau, Inc. (Doc. 113) filed on September 12, 2018. The United States Magistrate Judge has submitted a report recommending that Plaintiff's motion be denied, and Defendant's motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 15, 2019 (Doc. 127), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Partial Summary Judgment (Doc. 112) is **DENIED**.

3. The Motion and Supporting Brief for Summary Judgment on Behalf of Retrieval-Masters Creditors Bureau, Inc. (Doc. 113) is **GRANTED**.

4. Plaintiff's Motion to Certify Class Certification (Doc. 98) is **DENIED as moot**.

5. The Clerk is **DIRECTED** to enter judgment in favor of Retrieval-Masters Creditors Bureau, Inc. and against Cheryl Rafferty, and to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 4, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties