**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHERYL RAFFERTY,

        Plaintiff,

v.                                                  Case No: 5:17-cv-426-Oc-40PRL

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC.,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's Motion to Tax Costs on Behalf of Retrieval-Masters Creditors Bureau, Inc. (Doc. 130) filed on March 15, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 1, 2019 (Doc. 132), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Tax Costs on Behalf of Retrieval-Masters Creditors Bureau, Inc. (Doc. 130) is **GRANTED** in the amount of **$764.45**.

**DONE AND ORDERED** in Orlando, Florida on April 16, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties